# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2964
Lower Tribunal No. 2025-CA-002698

_____

TARPON IV, LLC and VERONA V, LLC,

Appellants,

v.

HERITAGE ENTERPRISES FL, LLC, O & O PROPERTY GROUP, LLC, JOE G. TEDDER, as Tax Collector of Polk County, and STACY M. BUTTERFIELD, as Clerk of the Polk County Court,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Jennifer A. Swenson, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, KAMOUTSAS and PRATT, JJ., concur.


Deborah Marks, of Deborah Marks, PLLC, Miami, for Appellants.

Jean M. Henne, of Jean M. Henne, P.A., Winter Haven, for Appellees, O & O Property Group, LLC, Joe G. Tedder, as Tax Collector of Polk County, and Stacy M. Butterfield, as Clerk of the Polk County Court.

No Appearance for Appellee, Heritage Enterprises FL, LLC.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED